In the Matter of the Claim of MADELINE T. BUSSELLE, Respondent, v. THE BROOKLYN UNION GAS COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.